UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>          Plaintiff,<br>    v.<br>DARRELL LUCKETT,<br>          Defendant. | Case No. 14-cr-00653-RS-1   (LB)<br><br>**ORDER OF DETENTION** |

On December 23, 2014, Defendant Darrell Luckett was charged by federal indictment with one count of possession of heroin with intent to distribute in violation of 18 U.S.C. § 841(a)(1) and (b)(1)(C), being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).  This matter came before the Court on December 30, 2014, for a detention hearing.  Mr. Luckett was present and represented by David Andersen.  Assistant United States Attorney Michael Maffei appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing.  The Government moved for detention, and Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community. Accordingly, Defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to defendant Luckett.  Defendant has a lengthy criminal record.  The facts regarding the current charges indicate that during a search of Defendant's residence police officers found in the bedroom a loaded firearm and suspected heroin.  At that time, Defendant's 12 year old minor child and an adult female also resided in the residence.  These findings are made without prejudice to the Defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Luckett be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant Luckett be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated: January 2, 2015

_____
LAUREL BEELER
United States Magistrate Judge