Law Office of Peter A. Fitzpatrick, (CA Bar #182893)
1000 Brannan Street, Suite 304
San Francisco, CA 94103
(415) 271 9508

Peter@paflaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-0653-RS |
| Plaintiff, | ORDER |
| vs. | DATE:<br>TIME:<br>DEPT: |
| DARRELL LUCKETT, | |
| Defendant. | |

    Pursuant to Criminal Local Rule 32-2, this Stipulation is entered into by and among Plaintiff, the United States of America, and Defendant Darrell Luckett (together, the "Parties"), through their respective attorneys of record.

    WHEREAS, counsel for Mr. Luckett appeared before the Honorable Richard Seeborg on June 9, 2015 and set a status conference date not in conflict with prior commitments;

    WHEREAS, Mr. Luckett's next status conference is scheduled for August 18, 2015;

    WHEREAS, Mr. Luckett's counsel is presently in trial in the matter of People v. Johnetta Dixon, San Francisco Superior Court number 15002486 and hereby requests an order moving the status conference to September 22, 2015;

    WHEREAS, the Parties and their counsel are each agreeable to the new date because of Mr. Luckett's counsel's changed circumstance from previously having been scheduled for trial in Ms. Dixon's matter for July 7, 2015; Ms. Dixon's cause having been severed from two of her three co-defendants, then trailing the disposition of her severed co-defendants' trial has now been ordered back to trial for Motions in Liminae on August 18, 2015, thus becoming unavailable for this previously scheduled status conference date.

    WHEREAS, the Parties have conferred with the Courtroom Deputy Clerk and confirmed

1 | that September 22, 2015, is available on this Court's calendar;

2 | THEREFORE, the Parties hereby stipulate and agree, with the Court's approval, to move Mr. Luckett's status

3 | conference to September 22, 2015 at 2:30 p.m.

4 | Respectfully submitted this 4th day of August, 2015.

_____
PETER A. FITZPATRICK
Counsel for Defendant, Darrell Luckett

_____/S/_____
William Frentzen
Assistant United States Attorney

<u>PROOF OF SERVICE</u>

I, Peter Fitzpatrick, certify that on August 4, 2015 I served all the parties in this matter by causing the preceding pleading to be filed electronically, as set forth by Local Rule 5-1.

August 4, 2015

PETER FITZPATRICK

**[~~PROPOSED~~] ORDER**

Based on the Stipulation of the Parties, and good cause appearing therefore, in U.S.A. v. Luckett, CR 14-0653-RS, the status conference date of August 18, 2015, shall be VACATED and the new status conference date is hereby set for September 22, 2015 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: August 7 , 2015

_____
HON. Richard Seeborg
United States District Judge