JEFFREY L. BORNSTEIN – 099358
CHRISTOPHER HU – 293052
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       jbornstein@rbgg.com
             chu@rbgg.com

Attorneys for Defendant DARRELL LUCKETT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL LUCKETT,<br><br>  Defendant. | Case No. 3:14-cr-00653-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE SENTENCING HEARING AND SET STATUS CONFERENCE**<br><br>Judge:  Hon. Richard Seeborg |

1  Defendant Darrell Luckett and Plaintiff United States of America, by and through
2  counsel, hereby stipulate and request that the sentencing hearing before Judge Richard
3  Seeborg currently set for May 3, 2016, at 2:30 p.m., be vacated and that a status
4  conference be scheduled for June 7, 2016, at 2:30 p.m., or as soon thereafter as is
5  convenient to the Court, to set a new date for the sentencing hearing.  New defense counsel
6  was just appointed and needs time to review the file and prepare for sentencing.  The
7  Government is not opposed to this request.

8  IT IS SO STIPULATED.

10  DATED: April 21, 2016         Respectfully submitted,

    ROSEN BIEN GALVAN & GRUNFELD LLP

    By: */s/ Jeffrey L. Bornstein*
        Jeffrey L. Bornstein
        Christopher Hu

    Attorneys for Defendant DARRELL LUCKETT

17  DATED: April 21, 2016         Respectfully submitted,

    UNITED STATES ATTORNEY'S OFFICE

    By: */s/ Michael Maffei*
        Michael Maffei
        Assistant United States Attorney

    Attorneys for Plaintiff UNITED STATES OF
    AMERICA

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO VACATE SENTENCING HEARING AND SET STATUS CONFERENCE** was obtained from signatory Michael Maffei, in compliance with General Civil L.R. 5-1(i)(3).

Dated: April 21, 2016           By: /s/ Jeffrey L. Bornstein
                                     Jeffrey L. Bornstein

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the currently scheduled sentencing hearing set for May 3, 2016, at 2:30 p.m., be vacated. The parties shall appear for a status conference on June 7, 2016, at 2:30 p.m. to set a new date for the sentencing hearing.

IT IS SO ORDERED.

Dated: April 22, 2016           By: /s/ Richard Seeborg
                                     Honorable Richard Seeborg
                                     United States District Judge