JEFFREY L. BORNSTEIN – 099358
CHRISTOPHER HU – 293052
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  jbornstein@rbgg.com
  chu@rbgg.com

Attorneys for Defendant DARRELL LUCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00653-RS |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| DARRELL LUCKETT, | Judge: Hon. Richard Seeborg |
| Defendant. | |

[3000175-1]

Defendant Darrell Luckett and Plaintiff United States of America, by and through counsel, hereby stipulate and request that the status conference before Judge Richard Seeborg currently set for June 7, 2016, at 2:30 p.m., be continued to June 28, 2016, at 2:30 p.m., or as soon thereafter as is convenient to the Court. The parties have met and conferred, and agree that they need additional time to conduct factual and legal research before a new date for Mr. Luckett's sentencing hearing can be set.

DATED: May 20, 2016         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Christopher Hu

Attorneys for Defendant DARRELL LUCKETT

DATED: May 20, 2016         Respectfully submitted,

UNITED STATES ATTORNEY'S OFFICE

By: */s/ Michael Maffei*
Michael Maffei
Assistant United States Attorney

Attorneys for Plaintiff UNITED STATES OF AMERICA

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** was obtained from signatory Michael Maffei, in compliance with General Civil L.R. 5-1(i)(3).

Dated: May 20, 2016                    By: /s/ Jeffrey L. Bornstein
                                            Jeffrey L. Bornstein

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the currently scheduled status conference set for June 7, 2016, at 2:30 p.m., be continued. The parties shall appear for a status conference on June 28, 2016, at 2:30 p.m. to set a new date for the sentencing hearing.

IT IS SO ORDERED.

Dated: May 23, 2016                    By: /s/ Richard Seeborg
                                            Honorable Richard Seeborg
                                            United States District Judge