JEFFREY L. BORNSTEIN – 099358
CHRISTOPHER HU – 293052
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  jbornstein@rbgg.com
        chu@rbgg.com

Attorneys for Defendant DARRELL LUCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL LUCKETT,<br><br>Defendant. | Case No. 3:14-CR-00653-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING STATUS CONFERENCE AND RESETTING SENTENCING HEARING**<br><br>Judge:  Hon. Richard Seeborg |

1  Defendant Darrell Luckett and Plaintiff United States of America, by and through
2  counsel, hereby stipulate and request that the status conference currently set for June 28,
3  2016 be vacated and that the sentencing hearing before the Honorable Richard Seeborg be
4  reset for **July 5, 2016, at 2:30 p.m.**, or as soon thereafter as is convenient to the Court.
5  The parties have completed the research necessary to prepare for sentencing. United States
6  Probation Officer Charles Mabie has confirmed that he is available on July 5.

7  IT IS SO STIPULATED.

8  DATED: June 9, 2016     Respectfully submitted,

9                          ROSEN BIEN GALVAN & GRUNFELD LLP

11                          By: */s/ Jeffrey L. Bornstein*
12                              Jeffrey L. Bornstein
                                Christopher Hu

14                          Attorneys for Defendant DARRELL LUCKETT

15  DATED: June 9, 2016     Respectfully submitted,

16                          UNITED STATES ATTORNEY'S OFFICE

18                          By: */s/ Michael Maffei*
19                              Michael Maffei
                                Assistant United States Attorney

20                          Attorneys for Plaintiff UNITED STATES OF
21                          AMERICA

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE AND RESETTING SENTENCING HEARING** was obtained from signatory Michael Maffei, in compliance with General Civil L.R. 5-1(i)(3).

Dated: June 9. 2016                           By: /s/ Jeffrey L. Bornstein
                                                   Jeffrey L. Bornstein

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the status conference currently set for June 28, 2106 be vacated and that the sentencing hearing be reset for **July 5, 2016, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: June 13 . 2016                         By: _____
                                                   Honorable Richard Seeborg
                                                   United States District Judge