UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DARRELL LUCKETT,<br>　　　　Defendant. | Case No. 14-cr-00653-RS-1<br><br>**ORDER TO SHOW CAUSE** |

Darrell Luckett moves to vacate or correct his sentence pursuant to 28 U.S.C. § 2255. Luckett argues that the Supreme Court's recent invalidation of 18 U.S.C. § 16(b) on vagueness grounds, *see Sessions v. Dimaya*, 584 U.S. __ (2018), supports a challenge to the sentencing enhancement he received under the residual clause of U.S.S.G. § 4B1.2. The United States is hereby ordered to respond to Luckett's petition no later than Tuesday, July 10, 2018.

**IT IS SO ORDERED**.

Dated: May 8, 2018

_____
RICHARD SEEBORG
United States District Judge